United States District Court
Southern District of Texas
**ENTERED**
September 18, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF GUARDIANSHIP § <br> OF UNKNOWN CHILDREN DETAINED § <br> BY SOUTHWEST KEY PROGRAMS, § <br> INC., CASA PADRE DETENTION § <br> FACILITY § | Civil Action No. 1:18-cv-00112 |

## ORDER

Before the Court is the parties' "Joint Stipulation to [sic] Voluntary Dismissal of Complaint Pursuant to Fed. R. Civ. P. 41" (Docket No. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in this civil case are **DISMISSED with prejudice**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 17th day of September, 2018.

Rolando Olvera
United States District Judge

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41, the parties, through undersigned counsel, jointly stipulate and agree to dismiss the state-issued writ of habeas corpus and state-ordered investigation in Cause No. 2018-CGC-00034, which were subject to removal to this Honorable Court. With the stipulated dismissal of the writ, the parties agree that Plaintiffs will give a report in the Cameron County Court No. 4 to (from Plaintiffs' perspective) close this matter, and that no further action will be taken. Notwithstanding this stipulation, neither party concedes to jurisdiction in either the federal or state court. Even though this matter is concluded, the parties maintain their respective positions on the jurisdictional issues raised.

_____
W. DANIEL SHIEH
Trial Attorney

_____
VICTORIA M. BRAGA
Trial Attorney

*Attorneys for the Government*

_____
MYLES RYAN GARZA

*Attorney for Plaintiffs*

DATE: September 17, 2018